**Dismiss and Opinion Filed December 9, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-01053-CV

## IN THE ESTATE OF VICTOR GLEN ROSBOROUGH, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-24-01707-2**

## MEMORANDUM OPINION

Before Justices Nowell, Miskel, and Breedlove
Opinion by Justice Miskel

Appellant has filed a notice of nonsuit without prejudice, which we construe

as a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the

motion to the extent that we dismiss the appeal. *See id.*

241053f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE ESTATE OF VICTOR
GLEN ROSBOROUGH,
DECEASED

No. 05-24-01053-CV

On Appeal from the Probate Court
No. 2, Dallas County, Texas
Trial Court Cause No. PR-24-01707-
2.
Opinion delivered by Justice Miskel,
Justices Nowell and Breedlove
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee James G. Snyder, as Dependent Administrator of the Estate of Victor Glen Rosborough, Deceased, recover his costs, if any, of this appeal from appellant Tori Shavon Woods.

Judgment entered this 9th day of December, 2024.